FILED
CLERK
'08 JUN 23 PM 2:33
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA

Index No.: 08 Cr. 415 (FB)

v.

AFFIDAVIT OF JANICE TANNIN

MATTHEW TANNIN
Defendant

-----------------------------------------------------------x

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, JANICE TANNIN, being duly sworn, hereby deposes and says:

1. I reside at 675 West End Avenue, Apt 4B, New York, NY 10025-7366.

2. I am the wife of Matthew Tannin, a defendant in *United States v. Ralph Cioffi and Matthew Tannin,* 08-CR-415.

3. On June 19, 2008, I signed as one of three sureties on the $1.5 million secured appearance bond for Matthew Tannin.

4. At the time I signed as a surety, I understood that the other two sureties were to be Jeffrey Stern and Aaron Katz.

5. I was informed that on June 20, 2008, Jeffrey Stern and Jill Katz, wife of the above-mentioned Aaron Katz, signed as the two other sureties.

6. Notwithstanding the change of identity of one of the signers, I affirm my desire and agreement to be a surety for the secured appearance bond for Matthew Tannin.

Janice Tannin

Sworn to before me this
23 day of June 2008

Notary Public

NINA BEATTIE
Notary Public, State of New York
No. 02BE6024970
Qualified In New York County
Commission Expires May 17, 20 11