**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

RALPH CIOFFI and MATTHEW TANNIN,

Defendants.

**NOTICE OF MOTION**

08 Cr. 415 (FB)

**ECF**

PLEASE TAKE NOTICE that, upon the accompanying declaration of MaryAnn Sung, dated March 16, 2009, and exhibits thereto, and the accompanying memorandum of law and all other papers and proceedings herein, defendant Matthew Tannin will move this Court at a date and time to be determined by the Court, before the Honorable Frederic Block, at the United States Federal Courthouse, 225 Cadman Plaza, Brooklyn, New York 11201, for an order (1) for a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f), and (2) for immediate disclosure of all *Brady* and *Giglio* material.

Dated: New York, New York
March 16, 2009

Respectfully submitted,

**BRUNE & RICHARD LLP**

By: /s/ Susan E. Brune

Susan E. Brune
Nina M. Beattie
MaryAnn Sung
80 Broad Street
New York, New York 10004
(212) 668-1900
sbrune@bruneandrichard.com
nbeattie@bruneandrichard.com
msung@bruneandrichard.com

*Attorneys for Defendant Matthew Tannin*