DNF
CLM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

JUDGMENT OF ACQUITTAL

CR-08-4[illegible]5-2(FB)

-VS-
Matthew Tannin,
Defendant.

The above-named defendant was found not guilty.

IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

s/FB

Signature of Judicial Officer

FREDERIC BLOCK, USDJ.
Name & Title of Judicial Officer

11/12/09
Date