# EXHIBIT D

Case 1:08-cr-00415-FB  Document 275-5  Filed 06/07/10  Page 2 of 3 PageID #: 3041
Case 1:08-cr-00415-FB  Document 273  Filed 05/14/10  Page 1 of 2
Case 1:08-cr-00415-FB  Document 271  Filed 02/19/10  Page 9 of 10

F.#2007R01328

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X
IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES FOR THE RELEASE OF
CERTAIN GRAND JURY MATERIALS
PURSUANT TO RULE 6(e) OF
THE FEDERAL RULES OF
CRIMINAL PROCEDURE
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 14 2010 ★
BROOKLYN OFFICE

~~Sealed Per Judge~~
O R D E R

CR-08-415 (FB).

      Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney James G. McGovern, it is hereby

      ORDERED, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure that the United States Attorney's Office for the Eastern District of New York be permitted to disclose items subpoenaed by a grand jury, including telephone records and transcripts of grand jury testimony, to the United States Securities and Exchange Commission for its use in its ongoing litigation in <u>SEC v. Cioffi and Tannin</u>; and it is further

      ORDERED, that the aforesaid application and this order

Case 1:08-cr-00415-FB   Document 275-5   Filed 06/07/10   Page 3 of 3 PageID #: 3042
Case 1:08-cr-00415-FB   Document 273   Filed 05/14/10   Page 2 of 2
Case 1:08-cr-00415-FB   Document 271   Filed 02/19/10   Page 10 of 10

be sealed, except that copies of this order may be disclosed to the extent necessary to effectuate this order.

Dated:   Brooklyn, New York
~~January    , 2010~~
5\11\10

_[signature]_
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

-2-