```
1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    ---------------------------------------x
     UNITED STATES OF AMERICA,
3


4
                versus                          08 CR 415(FB)
5
     RALPH CIOFFI AND MATTHEW TANNIN,
6
                         DEFENDANTS.     U.S. Courthouse
7                                        Brooklyn, New York
     ---------------------------------------x
8                                        November 10, 2009
                                         10:00 a. m.
9


10


11                     TRANSCRIPT OF TRIAL

12           Before THE HONORABLE FREDERIC BLOCK,

13               UNITED STATES DISTRICT JUDGE

14                      APPEARANCES

15   Representing the Government:   Benton J. Campbell
                                    United States Attorney
16                                  Eastern District of New York
                                    271 Cadman Plaza East
17                                  Brooklyn, New York 11201
                                    BY:  JAMES MCGOVERN, ESQ.
18                                       PATRICK SINCLAIR, ESQ.
                                         ILENE JAROSLAW, ESQ.
19                                       BRIAN SANO, ESQ.

20   Also Present:                  S. A. Dengler
                                    Federal Bureau of Investigation
21


22
     Representing Ralph Cioffi:     WILLIAMS & CONNOLLY, LLP
23                                  725 Twelfth Street, NW
                                    Washington, DC 20005
24                                  BY: DANE BUTSWINKAS, ESQ.
                                        MARGARET KEELEY, ESQ.
25                                      R. HACKNEY WIEGMANN, ESQ.


                    LISA SCHMID, CCR, RMR
```

...

```
 1   Appearances (continued)

 2

 3   Representing Matthew Tannin:   BRUNE & RICHARD, LLP
                                    80 Broad Street
 4                                  New York, NY 10004
                                    BY:  SUSAN E. BRUNE, ESQ.
 5                                       NINA M. BEATTIE, ESQ.
                                         MARYANN J. SUNG, ESQ.
 6                                       LAURIE EDELSTEIN, ESQ.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22   REPORTED BY:
     Lisa Schmid, CCR, RMR
23   225 Cadman Plaza East
     Brooklyn, New York 11201
24   Phone:  718-613-2644 Fax:  718-613-2379

25   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.

                       LISA SCHMID, CCR, RMR
```

1          (In open court, outside the presence of the jury.)

2          THE CLERK:  You may be seated.  Criminal cause on

3   trial, the United States of America versus Ralph Cioffi and

4   Matthew Tannin.  All counsel and parties are present.

5          THE COURT:  All right.  Before we call the jurors in,

6   let me identify for the record what has happened here today.

7          I guess it starts with Court Exhibit 12, Mike?

8          THE CLERK:  Yes.

9          THE COURT:  And that was a note rendered at 10:26 this

10  morning:  "We would like Government Exhibit 55" -- I guess it's

11  55, right?  "Fifty-six, 57, 58, 64, and Defendants' Exhibit

12  2661, and Government Exhibit 75A."

13         The next remark was Court Exhibit 13, this note

14  rendered at 10:30:  "We would like the testimony of George

15  Buxton."

16         And the then the next note -- that was given to them?

17         THE CLERK:  Yes.

18         THE COURT:  It was at 10:40, Exhibit 14, Court Exhibit

19  14:  "We would like Government Exhibit 62 with a list of

20  conference call members and their locations, parenthesis,

21  physical, at the time of the conference call."

22         And next, we have Court Exhibit 16, at 11:10:  "We

23  would like to see Government Exhibits 20 and Government Exhibit

24  35."

25         And next, we have Court Exhibit 17, we would like

1   Government Exhibit 13, and the testimony of Klaus Chavanne."
2              And that was given to them, Mr. Innelli?
3              THE CLERK:  Yes.
4              THE COURT:  Then at one o'clock, Court Exhibit Number
5   19:  "Some people need a small fresh air break."
6              They were accommodated, I suspect?
7              THE CLERK:  Yes.
8              THE COURT:  And then at 1:50, Court Exhibit 20:  "We
9   just want you to know that plastic, sharp as glass, was found
10  in one of the lunches.  He almost ate the piece of plastic
11  glass.  Everyone is okay.  We are just letting you know."
12             And then, Court Exhibit 21, at 2:30, about 40 minutes
13  ago, the jury requested the testimony of Victor Cain.
14             And then just a few minutes after that, at 2:46, we
15  received the note which I have now marked Court Exhibit Number
16  22:  "We have reached a verdict, and don't need Cain's
17  testimony."
18             So with that --
19             THE CLERK:  Do you want to identify the testimony we
20  sent back to court exhibits?
21             THE COURT:  The testimony was not sent back, correct?
22             THE CLERK:  The previous testimony was.
23             THE COURT:  Was Cain's testimony sent back?
24             THE CLERK:  No, Your Honor, but George Buxton's was.
25             THE COURT:  Was?  Right.

1        THE CLERK:  And that was marked as Court Exhibit 15.

2        THE COURT:  Okay.

3        THE CLERK:  And Klaus Chavanne's testimony was sent

4   back, and that's marked Court Exhibit 18.

5        THE COURT:  Okay.  I guess we can bring the jury in at

6   this time.

7        THE CLERK:  Okay.

8        (Pause in proceedings.)

9        THE CLERK:  All rise.

10       (Jury enters.)

11       THE COURT:  All right.  Everyone sit, except for Ms.

12  McCoughey.

13       All right.  I have your last note that you reached a

14  verdict.  At this time, Mr. Innelli will take the verdict.

15       THE CLERK:  Madam Foreperson, has the jury reached a

16  unanimous verdict?

17       JURY FOREPERSON:  Yes, we have.

18       THE CLERK:  Count 1, conspiracy to commit securities

19  fraud and wire fraud, how do you find the defendant, Ralph

20  Cioffi, guilty or not guilty?

21       JURY FOREPERSON:  Not guilty.

22       THE CLERK:  How you find the defendant, Matthew

23  Tannin --

24       JURY FOREPERSON:  Not guilty -- sorry.

25       THE CLERK:  Guilty or not guilty?

```
 1                JURY FOREPERSON:  Not guilty.
 2                THE CLERK:  Count 2, securities fraud, High Grade
 3   Fund, how do you find the defendant, Ralph Cioffi, guilty or
 4   not guilty?
 5                JURY FOREPERSON:  Not guilty.
 6                THE CLERK:  How do you find the defendant, Matthew
 7   Tannin, guilty or not guilty?
 8                JURY FOREPERSON:  Not guilty.
 9                THE CLERK:  Count 3, securities fraud, Enhanced
10   Leverage Fund, how do you find the defendant, Ralph Cioffi,
11   guilty or not guilty?
12                JURY FOREPERSON:  Not guilty.
13                THE CLERK:  How do you find the defendant, Matthew
14   Tannin, guilty or not guilty?
15                JURY FOREPERSON:  Not guilty.
16                THE CLERK:  Count 4, insider trading, how do you find
17   the defendant, Ralph Cioffi, guilty or not guilty?
18                JURY FOREPERSON:  Not guilty.
19                THE CLERK:  Count 5, wire fraud, March 15, 2007 email,
20   how do you find the defendant, Ralph Cioffi, guilty or not
21   guilty?
22                JURY FOREPERSON:  Not guilty.
23                THE COURT:  How do you find the defendant, Matthew
24   Tannin, guilty or not guilty?
25                JURY FOREPERSON:  Not guilty.
```

```
 1              THE CLERK:  Count 6, wire fraud, March 18, 2007 email,
 2   how do you find the defendant, Ralph Cioffi, guilty or not
 3   guilty?
 4              JURY FOREPERSON:  Not guilty.
 5              THE CLERK:  How do you find the defendant, Matthew
 6   Tannin, guilty or not guilty?
 7              JURY FOREPERSON:  Not guilty.
 8              THE COURT:  Thank you.  You may be seated.
 9              Juror Number One, is that your verdict, yes or no?
10              JUROR:  Yes.
11              THE CLERK:  Juror Number Two?
12              JUROR:  (No response.)
13              THE CLERK:  Is that your verdict, yes or no?
14              JUROR:  Yes.
15              THE CLERK:  Juror Number Three?
16              JUROR:  Yes.
17              THE CLERK:  Juror Number Four?
18              JUROR:  (Nods head affirmatively.)
19              THE CLERK:  You have to --
20              Juror Number Five?
21              JUROR:  Yes.
22              THE CLERK:  Juror Number Six?
23              JUROR:  Yes.
24              THE CLERK:  Juror Number Seven?
25              JUROR:  Yes.
```

```
 1              THE CLERK:  Juror Number Eight?
 2              JUROR:  Yes.
 3              THE CLERK:  Juror Number Nine?
 4              JUROR:  Yes.
 5              THE CLERK:  Juror Number Ten?
 6              JUROR:  Yes.
 7              THE CLERK:  Juror Number 11?
 8              JUROR:  Yes.
 9              THE CLERK:  And Juror Number 12?
10              JUROR:  Yes.
11              THE CLERK:  Jury's polled, Your Honor.
12              THE COURT:  All right.  Members of the jury, that
13   completes your jury service.  At the time, I'm going to
14   discharge you, but wait for me in the jury room.  I have a few
15   things to attend to and I told you I would make myself
16   available.  So just be a little patient.  I'll be there in a
17   few moments.
18              THE CLERK:  All rise.
19              (Jury exits.)
20              THE CLERK:  You may be seated.
21              THE COURT:  All right.  I guess there's nothing else
22   we need to attend to, that I can think of.  Thank you all for
23   your professional cooperation.
24              I'll talk to the jurors now and, of course, they're
25   free to speak to anybody they wish to speak to.

                     LISA SCHMID, CCR, RMR
```

1          This was a very difficult case, but there's got to be
2     a winner and a loser.  You all have acted very commendably, and
3     I personally appreciate it, from my personal perspective.
4          The jury has spoken.  That ends the case.
5          (Proceedings concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                    LISA SCHMID, CCR, RMR

INDEX

|  |  |  |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 | CEX 12 | 3271 |
|   | CEX 13 | 3271 |
| 6 | CEX 14 | 3271 |
|   | CEX 16 | 3271 |
| 7 | CEX 17 | 3271 |
|   | CEX 19 | 3272 |
| 8 | CEX 20 | 3272 |
|   | CEX 21 | 3272 |
| 9 | CEX 22 | 3272 |
|   | CEX 15 | 3273 |
| 10 | CEX 18 | 3273 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LISA SCHMID, CCR, RMR

**-**

---------------------------------------x [2]  3268/2 3268/7

# 0

**08 [1]**  3268/4

# 1

**10 [1]**  3268/8
**10004 [1]**  3269/4
**10:00 [1]**  3268/8
**10:26 [1]**  3270/9
**10:30 [1]**  3270/14
**10:40 [1]**  3270/18
**11 [1]**  3275/7
**11201 [2]**  3268/17 3269/23
**11:10 [1]**  3270/22
**12 [2]**  3270/7 3275/9
**13 [2]**  3270/13 3271/1
**14 [2]**  3270/18 3270/19
**15 [2]**  3272/1 3273/19
**16 [1]**  3270/22
**17 [1]**  3270/25
**18 [2]**  3272/4 3274/1
**19 [1]**  3271/5
**1:50 [1]**  3271/8

# 2

**20 [2]**  3270/23 3271/8
**20005 [1]**  3268/23
**2007 [2]**  3273/19 3274/1
**2009 [1]**  3268/8
**21 [1]**  3271/12
**22 [1]**  3271/16
**225 [1]**  3269/23
**2379 [1]**  3269/24
**2644 [1]**  3269/24
**2661 [1]**  3270/12
**271 [1]**  3268/16
**2:30 [1]**  3271/12
**2:46 [1]**  3271/14

# 3

**35 [1]**  3270/24

# 4

**40 [1]**  3271/12
**415 [1]**  3268/4

# 5

**55 [2]**  3270/10 3270/11
**57 [1]**  3270/11
**58 [1]**  3270/11

# 6

**62 [1]**  3270/19
**64 [1]**  3270/11

# 7

**718-613-2379 [1]**  3269/24
**718-613-2644 [1]**  3269/24
**725 [1]**  3268/23
**75A [1]**  3270/12

# 8

**80 [1]**  3269/3

# A

**about [1]**  3271/12
**accommodated [1]**  3271/6
**acted [1]**  3276/2
**affirmatively [1]**  3274/18
**after [1]**  3271/14
**ago [1]**  3271/13
**aided [1]**  3269/25
**air [1]**  3271/5
**all [10]**  3270/4 3270/5 3272/9 3272/11 3272/13 3275/12 3275/18 3275/21 3275/22 3276/2
**almost [1]**  3271/10
**Also [1]**  3268/20
**AMERICA [2]**  3268/2 3270/3
**anybody [1]**  3275/25
**APPEARANCES [2]**  3268/14 3269/1
**appreciate [1]**  3276/3
**are [2]**  3270/4 3271/11
**as [2]**  3271/9 3272/1
**ate [1]**  3271/10
**attend [2]**  3275/15 3275/22
**Attorney [1]**  3268/15
**available [1]**  3275/16

# B

**back [4]**  3271/20 3271/21 3271/23 3272/4
**be [6]**  3270/2 3274/8 3275/16 3275/16 3275/20 3276/1
**BEATTIE [1]**  3269/5
**Before [2]**  3268/12 3270/5
**Benton [1]**  3268/15
**BLOCK [1]**  3268/12
**break [1]**  3271/5
**BRIAN [1]**  3268/19
**bring [1]**  3272/5
**Broad [1]**  3269/3
**Brooklyn [3]**  3268/7 3268/17 3269/23
**BRUNE [2]**  3269/3 3269/4
**Bureau [1]**  3268/20
**BUTSWINKAS [1]**  3268/24
**Buxton [1]**  3270/15
**Buxton's [1]**  3271/24

# C

**Cadman [2]**  3268/16 3269/23
**Cain [1]**  3271/13
**Cain's [2]**  3271/16 3271/23
**call [3]**  3270/5 3270/20 3270/21
**Campbell [1]**  3268/15
**can [2]**  3272/5 3275/22
**case [2]**  3276/1 3276/4
**cause [1]**  3270/2
**CCR [1]**  3269/22
**Chavanne [1]**  3271/1
**Chavanne's [1]**  3272/3
**CIOFFI [9]**  3268/5 3268/22 3270/3 3272/20 3273/3 3273/10 3273/17 3273/20 3274/2
**commendably [1]**  3276/2
**commit [1]**  3272/18
**completes [1]**  3275/13
**computer [1]**  3269/25
**computer-aided [1]**  3269/25
**concluded [1]**  3276/5
**conference [2]**  3270/20 3270/21
**CONNOLLY [1]**  3268/22
**conspiracy [1]**  3272/18
**continued [1]**  3269/1
**cooperation [1]**  3275/23
**correct [1]**  3271/21
**counsel [1]**  3270/4
**Count [6]**  3272/18 3273/2 3273/9 3273/16 3273/19 3274/1
**course [1]**  3275/24
**court [14]**
**Courthouse [1]**  3268/6
**CR [1]**  3268/4
**Criminal [1]**  3270/2

# D

**DANE [1]**  3268/24
**DC [1]**  3268/23
**defendant [11]**
**DEFENDANTS [1]**  3268/6
**Defendants' [1]**  3270/11
**Dengler [1]**  3268/20
**difficult [1]**  3276/1
**discharge [1]**  3275/14
**DISTRICT [4]**  3268/1 3268/1 3268/13 3268/16
**do [11]**
**don't [1]**  3271/16

# E

**East [2]**  3268/16 3269/23
**EASTERN [2]**  3268/1 3268/16
**EDELSTEIN [1]**  3269/6
**Eight [1]**  3275/1
**else [1]**  3275/21
**email [2]**  3273/19 3274/1
**ends [1]**  3276/4
**Enhanced [1]**  3273/9
**enters [1]**  3272/10
**ESQ [11]**
**Everyone [2]**  3271/11 3272/11
**except [1]**  3272/11
**Exhibit [18]**
**exhibits [2]**  3270/23 3271/20
**exits [1]**  3275/19

# F

**Fax [1]**  3269/24
**FB [1]**  3268/4
**Federal [1]**  3268/20
**few [3]**  3271/14 3275/14 3275/17
**Fifty [1]**  3270/11
**Fifty-six [1]**  3270/11
**find [11]**
**Five [1]**  3274/20
**Foreperson [1]**  3272/15
**found [1]**  3271/9
**Four [1]**  3274/17
**fraud [6]**  3272/19 3272/19 3273/2 3273/9 3273/19 3274/1
**FREDERIC [1]**  3268/12
**free [1]**  3275/25
**fresh [1]**  3271/5
**Fund [2]**  3273/3 3273/10

# G

**George [2]**  3270/14 3271/24
**given [2]**  3270/16 3271/2
**glass [2]**  3271/9 3271/11
**going [1]**  3275/13
**got [1]**  3276/1
**Government [7]**  3268/15 3270/10 3270/12 3270/19 3270/23 3270/23 3271/1
**Grade [1]**  3273/2
**guess [4]**  3270/7 3270/10 3272/5 3275/21
**guilty [34]**

# H

**HACKNEY [1]**  3268/25
**happened [1]**  3270/6
**has [3]**  3270/6 3272/15 3276/4
**have [9]**  3270/22 3270/25 3271/15 3271/16 3272/13 3272/17 3274/19 3275/14 3276/2
**He [1]**  3271/10
**head [1]**  3274/18
**here [1]**  3270/6
**High [1]**  3273/2
**Honor [2]**  3271/24 3275/11

Case 1:08-cr-00415-FB   Document 280   Filed 03/20/13   Page 12 of 13 PageID #: 3193

| | | |
|---|---|---|
| **H** | myself [1]  3275/15 | seated [3]  3270/2 3274/8 3275/20 |
| HONORABLE [1]  3268/12 | **N** | securities [3]  3272/18 3273/1 3273/9 |
| how [11] | need [3]  3271/5 3271/16 3275/22 | see [1]  3270/23 |
| **I** | NEW [6]  3268/1 3268/7 3268/16 3268/17 3269/4 3269/23 | sent [4]  3271/20 3271/21 3271/23 3272/3 |
| I'll [2]  3275/16 3275/24 | next [4]  3270/13 3270/16 3270/22 3270/25 | service [1]  3275/13 |
| I'm [1]  3275/13 | NINA [1]  3269/5 | Seven [1]  3274/24 |
| identify [2]  3270/6 3271/19 | Nine [1]  3275/3 | sharp [1]  3271/9 |
| ILENE [1]  3268/18 | no [4]  3271/24 3274/9 3274/12 3274/13 | SINCLAIR [1]  3268/18 |
| Innelli [2]  3271/2 3272/14 | Nods [1]  3274/18 | sit [1]  3272/11 |
| insider [1]  3273/16 | not [24] | six [2]  3270/11 3274/22 |
| Investigation [1]  3268/20 | note [5]  3270/9 3270/13 3270/16 3271/15 3272/13 | small [1]  3271/5 |
| is [3]  3271/11 3274/9 3274/13 | nothing [1]  3275/21 | So [2]  3271/18 3275/16 |
| it [3]  3270/7 3270/18 3276/3 | November [1]  3268/8 | Some [1]  3271/5 |
| it's [1]  3270/10 | now [2]  3271/15 3275/24 | sorry [1]  3272/24 |
| **J** | Number [14] | speak [2]  3275/25 3275/25 |
| JAMES [1]  3268/17 | NW [1]  3268/23 | spoken [1]  3276/4 |
| JAROSLAW [1]  3268/18 | NY [1]  3269/4 | starts [1]  3270/7 |
| JUDGE [1]  3268/13 | **O** | STATES [5]  3268/1 3268/2 3268/13 3268/15 3270/3 |
| Juror [12] | o'clock [1]  3271/4 | stenography [1]  3269/25 |
| jurors [2]  3270/5 3275/24 | okay [4]  3271/11 3272/2 3272/5 3272/7 | Street [2]  3268/23 3269/3 |
| jury [10]  3270/1 3271/13 3272/5 3272/10 3272/15 3275/12 3275/13 3275/14 3275/19 3276/4 | one [3]  3271/4 3271/10 3274/9 | SUNG [1]  3269/5 |
| Jury's [1]  3275/11 | open [1]  3270/1 | SUSAN [1]  3269/4 |
| just [4]  3271/9 3271/11 3271/14 3275/16 | outside [1]  3270/1 | suspect [1]  3271/6 |
| **K** | **P** | **T** |
| KEELEY [1]  3268/24 | parenthesis [1]  3270/20 | take [1]  3272/14 |
| Klaus [2]  3271/1 3272/3 | parties [1]  3270/4 | talk [1]  3275/24 |
| know [2]  3271/9 3271/11 | patient [1]  3275/16 | TANNIN [8]  3268/5 3269/3 3270/4 3272/23 3273/7 3273/14 3273/24 3274/6 |
| **L** | PATRICK [1]  3268/18 | Ten [1]  3275/5 |
| last [1]  3272/13 | Pause [1]  3272/8 | testimony [9]  3270/14 3271/1 3271/13 3271/17 3271/19 3271/21 3271/22 3271/23 3272/3 |
| LAURIE [1]  3269/6 | people [1]  3271/5 | Thank [2]  3274/8 3275/22 |
| let [1]  3270/6 | personal [1]  3276/3 | that [13] |
| letting [1]  3271/11 | personally [1]  3276/3 | that's [1]  3272/4 |
| Leverage [1]  3273/10 | perspective [1]  3276/3 | their [1]  3270/20 |
| like [5]  3270/10 3270/14 3270/19 3270/23 3270/25 | Phone [1]  3269/24 | them [2]  3270/16 3271/2 |
| Lisa [1]  3269/22 | physical [1]  3270/21 | then [5]  3270/16 3271/4 3271/8 3271/12 3271/14 |
| list [1]  3270/19 | piece [1]  3271/10 | there [1]  3275/16 |
| little [1]  3275/16 | plastic [2]  3271/9 3271/10 | there's [2]  3275/21 3276/1 |
| LLP [2]  3268/22 3269/3 | Plaza [2]  3268/16 3269/23 | they [2]  3271/6 3275/25 |
| locations [1]  3270/20 | polled [1]  3275/11 | they're [1]  3275/24 |
| loser [1]  3276/2 | presence [1]  3270/1 | things [1]  3275/15 |
| lunches [1]  3271/10 | present [2]  3268/20 3270/4 | think [1]  3275/22 |
| **M** | previous [1]  3271/22 | this [5]  3270/9 3270/13 3272/6 3272/14 3276/1 |
| Madam [1]  3272/15 | proceedings [3]  3269/25 3272/8 3276/5 | Three [1]  3274/15 |
| make [1]  3275/15 | produced [1]  3269/25 | time [4]  3270/21 3272/6 3272/14 3275/13 |
| March [2]  3273/19 3274/1 | professional [1]  3275/23 | today [1]  3270/6 |
| March 15 [1]  3273/19 | **R** | told [1]  3275/15 |
| March 18 [1]  3274/1 | RALPH [9]  3268/5 3268/22 3270/3 3272/19 3273/3 3273/10 3273/17 3273/20 3274/2 | trading [1]  3273/16 |
| MARGARET [1]  3268/24 | reached [3]  3271/16 3272/13 3272/15 | TRANSCRIPT [2]  3268/11 3269/25 |
| marked [3]  3271/15 3272/1 3272/4 | received [1]  3271/15 | transcription [1]  3269/25 |
| MARYANN [1]  3269/5 | record [1]  3270/6 | trial [2]  3268/11 3270/3 |
| MATTHEW [8]  3268/5 3269/3 3270/4 3272/22 3273/6 3273/13 3273/23 3274/5 | recorded [1]  3269/25 | Twelfth [1]  3268/23 |
| may [3]  3270/2 3274/8 3275/20 | remark [1]  3270/13 | Two [1]  3274/11 |
| McCoughey [1]  3272/12 | rendered [2]  3270/9 3270/14 | **U** |
| MCGOVERN [1]  3268/17 | REPORTED [1]  3269/22 | U.S [1]  3268/6 |
| me [2]  3270/6 3275/14 | Representing [3]  3268/15 3268/22 3269/3 | unanimous [1]  3272/16 |
| mechanical [1]  3269/25 | requested [1]  3271/13 | UNITED [5]  3268/1 3268/2 3268/13 3268/15 3270/3 |
| members [2]  3270/20 3275/12 | response [1]  3274/12 | **V** |
| Mike [1]  3270/7 | RICHARD [1]  3269/3 | verdict [6]  3271/16 3272/14 3272/14 3272/16 3274/9 3274/13 |
| minutes [2]  3271/12 3271/14 | right [7]  3270/5 3270/11 3271/25 3272/11 3272/13 3275/12 3275/21 | versus [2]  3268/4 3270/3 |
| moments [1]  3275/17 | rise [2]  3272/9 3275/18 | very [2]  3276/1 3276/2 |
| morning [1]  3270/10 | RMR [1]  3269/22 | Victor [1]  3271/13 |
| Mr [2]  3271/2 3272/14 | room [1]  3275/14 | |
| Ms [1]  3272/11 | **S** | |
| my [1]  3276/3 | SANO [1]  3268/19 | |
| | Schmid [1]  3269/22 | |

**W**

want [2]  3271/9 3271/19
was [14]
Washington [1]  3268/23
we [16]
were [1]  3271/6
what [1]  3270/6
which [1]  3271/15
WIEGMANN [1]  3268/25
will [1]  3272/14
WILLIAMS [1]  3268/22
winner [1]  3276/2
wire [3]  3272/19 3273/19 3274/1
wish [1]  3275/25
would [6]  3270/10 3270/14 3270/19 3270/23
 3270/25 3275/15

**Y**

yes [18]
YORK [6]  3268/1 3268/7 3268/16 3268/17
 3269/4 3269/23
you [24]
your [7]  3271/24 3272/13 3274/9 3274/13
 3275/11 3275/13 3275/23